IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLARENCE W. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-266-WKW |
| | ) | [WO] |
| BUFFALO ROCK, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 25, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 12th day of April, 2019.

                                                    /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE